IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Criminal No.   RDB-14-0389 |
| VINCENT COOPER, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

On January 28, 2015 Defendant Vincent Cooper ("Defendant" or "Cooper") pled guilty to Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 846.  (RDB-14-0389, ECF Nos. 138, 139.)  On April 7, 2015, this Court sentenced Cooper to 132 months (11 years) of imprisonment as to that offense.  (RDB-14-0389, ECF No. 220.)  Cooper received an additional 24-month sentence, to run concurrent with the 11-year sentence, as a result of violating the terms of his supervised release in a prior case.  (RDB-01-0289, ECF No. 25.)  Cooper is presently confined in the satellite camp adjacent to United States Penitentiary Hazelton ("USP Hazelton") in Preston County, West Virginia.  His estimated release date is December 25, 2023.  (ECF No. 521 at 2 *SEALED*.)

Presently pending is an Emergency Consent Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (ECF No. 519.)  Cooper has demonstrated extraordinary and compelling reasons for his release from confinement.  Specifically, his

1

medial diagnoses of obesity, hyperlipidemia, and glaucoma place him at an enhanced risk of severe medical complications from COVID-19. Finally, this Court's review of the sentencing factors under 18 U.S.C. § 3553(a) establishes that a reduction in sentence is appropriate.

Accordingly, it is HEREBY ORDERED this 4th day of September, 2020, that Defendant Cooper's Emergency Consent Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 519) is GRANTED, subject to the following conditions:

1. Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Defendant Vincent Cooper's term of incarceration is reduced to time served, such that he is released from the custody of Bureau of Prisons as soon as the terms of this Order can be implemented;

2. Defendant Vincent Cooper shall be on supervised release status for a period of five years on the terms and conditions previously set;

3. Defendant Vincent Cooper shall be released to the custody of his wife, Inga Cooper, in Jessup, Maryland;

4. While traveling from USP Hazelton to his residence, Defendant Vincent Cooper will isolate himself to the best of his ability. Upon reaching his residence, Defendant Vincent Cooper shall quarantine himself for a period of 14-days and observe all applicable stay-at-home orders; and

5. Pretrial/Probation will review the conditions of release with Defendant Vincent Cooper.

___/s/_____
Richard D. Bennett

                                                                                                            United States District Judge